UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY WILLIS,<br><br>                    Plaintiff,<br><br>   -v-<br><br>CITY OF NEW YORK,<br><br>                    Defendant. | CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

As pro se Plaintiff Rodney Willis ("Mr. Willis") has not consented to electronic service in this matter, Orders in this case are mailed to him as a matter of course at the address listed on the docket. After the Court's Orders at ECF No. 5 and ECF No. 7 were mailed to Mr. Willis, on February 23, 2024, the Orders were returned as undeliverable with a note indicating "not deliverable as addressed – unable to forward." (ECF min. entry Feb. 23, 2024). The Court has previously warned Mr. Willis that he "must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so." (ECF No. 7).

As it appears that the address listed on the docket for Mr. Willis is no longer current, Mr. Willis shall, by **March 12, 2024**, update his address of record. Mr. Willis is warned that his failure to comply with this Order may result in the Court recommending dismissal of this action without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Willis.

Dated: New York, New York
February 27, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2