UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY WILLIS,<br><br>                    Plaintiff,<br><br>  -v-<br><br>CITY OF NEW YORK,<br><br>                    Defendant. | CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On April 3, 2024, the Court issued a Report and Recommendation recommending to the Honorable Jessica G. L. Clarke that this case be dismissed for failure to prosecute. (ECF No. 13 (the "R&R")). The R&R ordered that, by April 5, 2024, Defendant City of New York (the "City") mail a copy of the R&R to pro se Plaintiff Rodney Willis at the address listed on the docket and file proof of service. (ECF No. 13 at 5; see ECF No. 12 (counsel's notice of appearance on behalf of the City)). The City has not done so. As a one-time courtesy, the Court sua sponte EXTENDS to **April 10, 2024** the City's deadline to do so.

Dated:      New York, New York
              April 5, 2024

                                                        _____
                                                        SARAH L. CAVE
                                                        United States Magistrate Judge