UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

                    Plaintiff,

-v-

CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,

                    Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 3, 2024, the Court issued a Report and Recommendation recommending to the Honorable Jessica G. L. Clarke that this case be dismissed for failure to prosecute due to the failure of pro se Plaintiff Rodney Willis to maintain a current address with the Court. (ECF No. 13 (the "R&R")). On or about April 29, 2024, Mr. Willis provided the Court with an updated address, and his address has been updated on the docket.

Accordingly, the Court orders as follows:

1. The R&R is VACATED AS MOOT.

2. By **May 14, 2024**, Defendants City of New York, Kevin Perdomo, and Denise Turner (collectively, "Defendants") shall respond to the Complaint.

The Clerk of Court is respectfully directed to mail to Mr. Willis copies of all Orders issued in this case, including a copy of this Order, and to vacate the R&R at ECF No. 13.

Dated:     New York, New York
             April 30, 2024

                                                  SARAH L. CAVE
                                                  United States Magistrate Judge