UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY WILLIS,<br><br>                              Plaintiff,<br><br>   -v-<br><br>CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,<br><br>                              Defendants. | CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of a letter dated August 18, 2024 filed by Plaintiff Rodney Willis. (ECF No. 34 (the "Letter")). In the Letter, Plaintiff suggests that he would like to amend his Complaint and states that he has attached newly obtained documents related to the claims he raised in this suit. (See id. at 3). No such documents, however, are attached to the Letter, and the Letter itself does not appear to offer any novel information or allegations. Accordingly, the Letter is not properly construed as seeking leave to amend.

Instead, and to ensure thorough consideration of the pro se Plaintiff's claims, the Court construes the Letter as a supplemental opposition to Defendants' pending Motion to Dismiss and "will credit Plaintiff's [opposition papers] in evaluating the sufficiency of his complaint." Henning v. N.Y.C. Dep't of Corr., No. 14 Civ. 9798 (JPO), 2016 WL 297725, at *3 (S.D.N.Y. Jan. 22, 2016). To the extent Defendants believe the Letter contains pertinent allegations or argument in response to their Motion to Dismiss, they may address the Letter in their reply brief, which remains due **Monday, September 16, 2024**. If Plaintiff wishes to file a formal amended complaint, he may request leave to do so after the Court has ruled on Defendants' Motion to Dismiss.

Defendant City of New York shall promptly serve a copy of this Order on Mr. Willis and file proof of service on the docket by **Monday, August 26, 2024.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Willis.

Dated:    New York, New York
          August 23, 2024

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge