

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT

**Bryan Carr Olert**
*Assistant Corporation Counsel*
Telephone: (212) 356-2203
E-mail: bolert@law.nyc.gov

**By ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The Court is in receipt of the Letter-Motion at ECF No. 41 seeking: (1) leave to file under seal a declaration in support of a forthcoming motion to withdraw as counsel for Defendant Denise Turner, and (2) a 60-day stay of proceedings to allow Ms. Turner to secure alternate representation. (ECF No. 41 (the "Letter-Motion")). The Letter-Motion is GRANTED IN PART, as follows. Counsel may file under seal his declaration supporting the anticipated motion to withdraw. Any such motion must be filed by **Monday, September 30, 2024**. The Court holds in abeyance a decision regarding counsel's request for a 60-day stay of proceedings pending its decision as to the forthcoming motion to withdraw. Defendants' deadline to file a reply in support of their pending Motion to Dismiss is unaffected by this Order.
>
> The Clerk of Court is respectfully directed to close ECF No. 41.
>
> SO ORDERED.   9/23/2024
>
> *SARAH L. CAVE*
> United States Magistrate Judge

No. 1:24-cv-00735 (JGLC) (SLC)

Dear Magistrate Judge Cave:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendants the City of New York, Kevin Perdomo, and Denise Turner in the above-referenced action. I write pursuant to Local Civil Rule 1.4 to respectfully seek leave for the Office of the Corporation Counsel to withdraw from representing defendant Denise Turner in this matter.

      The posture of this case is that Defendants filed a motion to dismiss pursuant to Rule 12(b)(6) on June 28, 2024. *See* Dkt. 24-25. Plaintiff filed an opposition on July 2, 2024. *See* Dkt. 27. Defendants' reply is currently due to be filed on September 23, 2024. *See* Dkt. 13. In the event that the Court grants the Corporation Counsel's motion to withdraw from representing defendant Turner, it will not assert a retaining or charging lien.

      In support of this motion, I respectfully request, pursuant to Paragraph 5.e.ii of Your Honor's Individual Rules and Practices in Civil Cases, permission to file under seal the undersigned's declaration in support of the motion to withdraw from representation of defendant Turner. I request to file this motion under seal because some of the information contained therein is protected by the attorney-client privilege.

      Finally, in light of the Corporation Counsel's anticipated motion to withdraw from representing defendant Turner, I respectfully request that all proceedings in this matter be stayed for 60 days to allow defendant Turner to secure alternate representation.