UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

                       Plaintiff,

   -v-

CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,

                       Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 28, 2024, Defendants City of New York, Kevin Perdomo, and Denise Turner—each represented by the Corporation Counsel of the City of New York (the "Corporation Counsel")—filed a Motion to Dismiss the Complaint filed on January 29, 2024 by Plaintiff Rodney Willis. (ECF Nos. 24–25 (the "Motion to Dismiss")). On September 24, 2024, the Corporation Counsel filed a Motion to Withdraw as counsel for Defendant Turner, citing her "fail[ure] to cooperate in the defense of this matter[,]" and requesting a 60-day stay of all deadlines (the "Stay Request"). (ECF No. 43 (the "Motion to Withdraw") at 3). Simultaneously, the Corporation Counsel filed a Letter-Motion to "withdraw [Defendants'] motion to dismiss and to file an amended motion . . . given the specific concerns regarding representation of defendant Turner." (ECF No. 45 at 1 (the "Motion to Amend"). Plaintiff also filed a letter, which the Court construes as an Opposition to the Motion to Dismiss. (ECF No. 44).

The Court orders as follows:

1. The Motion to Dismiss shall be administratively terminated and the Motion to Amend is DENIED WITHOUT PREJUDICE to renewal pending resolution of the Motion to Withdraw.

2. By **Thursday, September 26, 2024**, the Corporation Counsel shall serve Defendant Turner with a copy of (i) its Motion to Withdraw (ECF No. 43) and (ii) this Order. Corporation Counsel shall promptly file proof of service on the docket.

3. By **Wednesday, October 9, 2024**, Defendant Turner shall file any response to the Motion to Withdraw. The Corporation Counsel is directed to ensure that any response by Defendant Turner is filed on the docket.

4. The Stay Request is DENIED AS MOOT given the Court's other directions in this Order.

The Clerk of Court is respectfully directed to (i) mail a copy of this Order to Mr. Willis, (ii) close the Motion to Amend (ECF No. 45), and (iii) administratively terminate Defendants' Motion to Dismiss (ECF No. 24).

Dated:   New York, New York
         September 25, 2024

_____
**SARAH L. CAVE**
**United States Magistrate Judge**