UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

                              Plaintiff,

        -v-

CITY OF NEW YORK, KEVIN PERDOMO, and
DENISE TURNER,

                              Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Rodney Willis' letter dated September 29, 2024. (ECF No. 51 (the "Letter")).  In the Letter, Mr. Willis states that documents he submitted alongside a Motion for Summary Judgment on September 25, 2024 (ECF No. 47 (the "MSJ")) were never uploaded and on that basis requests "amendment" of the Court's decision to deny the MSJ as premature.  (Id. at 1; see ECF No. 49 (the "Sept. 27 Order")).  As it stated in the Sept. 27 Order, the Court recognizes Mr. Willis' frustration with the delays he perceives in this case moving forward.  Nevertheless, for the reasons stated in the Sept. 27 Order, the MSJ was premature, and the Letter does not offer any reason that finding should be changed.  Mr. Willis will be afforded an opportunity to share more information about his claims in the discovery process, after the Court has decided Defendants' pending Motion to Dismiss and Motion to Withdraw as counsel for Defendant Turner.

The Clerk of Court is respectfully directed to mail Mr. Willis copies of (1) this Order and (2) the Sept. 27 Order.

Dated:        New York, New York
              October 2, 2024

SARAH L. CAVE
**United States Magistrate Judge**