UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

                Plaintiff,

-v-                                  CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

CITY OF NEW YORK, KEVIN PERDOMO, and
DENISE TURNER,                              **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant Denise Turner's ("Ms. Turner") letter requesting additional time to retain counsel to represent her in this matter. (ECF No. 63). Ms. Turner's request is GRANTED, and this action shall remain STAYED until **Monday, December 2, 2024**, by which date counsel for Ms. Turner must file a notice of appearance or Ms. Turner must file a letter advising the Court as to the status of her efforts to find representation. Ms. Turner is reminded that the City Bar Justice Center runs a Pro Se Law Clinic (the "Clinic") that may be able to assist her. She may contact the Clinic by phone (212-382-4794) or email (fedprosdny@nycbar.org) to make an appointment.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Turner and Plaintiff Rodney Willis.

Dated:      New York, New York
              November 19, 2024

                                            SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**