UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

               Plaintiff,

-v-

CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,

               Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 16, 2024, the Court granted the Corporation Counsel for the City of New York's Motion to Withdraw as Counsel for Defendant Denise Turner ("Ms. Turner") and stayed this action to allow Ms. Turner to find new representation. (ECF No. 59). Attorney Stewart Lee Karlin has now filed an appearance on behalf of Ms. Turner. (ECF No. 68). Accordingly, the Court orders as follows:

1. The stay of this action is LIFTED.

2. By **Friday, January 10, 2025**, all Defendants shall answer or otherwise respond to Plaintiff Rodney Willis' ("Mr. Willis") Complaint.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Willis.

Dated:    New York, New York
            December 6, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**