UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

               Plaintiff,

-v-

CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,

               Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 11, 2024, the Court (1) instructed pro se Plaintiff Rodney Willis ("Mr. Willis") to file an amended complaint and (2) stated that it would set a deadline by which to answer or oppose the amended complaint on its receipt. (See ECF No. 71). Mr. Willis has now filed his Amended Complaint (see ECF No. 72), which Defendants are hereby ORDERED to answer or otherwise respond to by **Friday, January 17, 2025.** The Court deems the Amended Complaint to be the operative pleading in this action, and Defendants need not respond to any of Mr. Willis' previous submissions in their responsive pleadings or motions.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Willis.

Dated:      New York, New York
               December 18, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**