UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

                                        Plaintiff,

           -v-

CITY OF NEW YORK, KEVIN PERDOMO, and
DENISE TURNER,

                                        Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 20, 2025, Attorneys Tracy High and Jason Gallant filed Notices of Limited Appearance on behalf of Plaintiff Rodney Willis ("Mr. Willis"). (ECF Nos. 98, 99). The Court thanks Ms. High and Mr. Gallant for agreeing to represent Mr. Willis for purposes of settlement and will hold a telephonic status conference with the parties on **Tuesday, April 8, 2025 at 11:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 367-267-310#, at the scheduled time. The parties shall be prepared to discuss their availability for a settlement conference, as well as their preferred format for the settlement conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Willis.

Dated:        New York, New York
              March 21, 2025

_SARAH L. CAVE_
**United States Magistrate Judge**