UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RODNEY WILLIS,

                    Plaintiff,

        -v-

CITY OF NEW YORK, KEVIN PERDOMO, and
DENISE TURNER,

                    Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 3, 2025, the Court held an Initial Case Management Conference ("ICMC") in this action. (See ECF min. entry Mar. 3, 2025). Following the ICMC, the Court issued a Case Management Plan and set a telephonic status conference for Monday, May 19, 2025 (the "May 19 Conference"). (See ECF No. 92 at 2). Thereafter, Attorneys Tracy High and Jason Gallant appeared on behalf of pro se Plaintiff Rodney Willis for the limited purpose of settlement. (See ECF Nos. 93, 98, 99, 100). The Court then scheduled a settlement conference for June 6, 2025 (the "Settlement Conference"). (See ECF No. 106). In light of the potential for this case's resolution at the Settlement Conference, the May 19 Conference is CANCELED and will be rescheduled, if necessary, after the Settlement Conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Willis and to terminate the May 19 Conference.

Dated:       New York, New York
             April 10, 2025

_____
SARAH L. CAVE
United States Magistrate Judge