UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY WILLIS,<br><br>                       Plaintiff,<br><br>  -v-<br><br>CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,<br><br>                      Defendants. | CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On June 6, 2025, the parties participated in a settlement conference before the undersigned, which did not result in a resolution. Accordingly, the Court will hold a status conference regarding the status of fact discovery on **Thursday, June 26, 2025 at 4:00 p.m. EST**. The parties are directed to call 855-244-8681; access code: 2308 2264654 at the scheduled time. The parties are further ordered to submit a joint status letter by **Friday, June 20, 2025** on the status of fact discovery.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Willis.

Dated:      New York, New York
              June 6, 2025

                                               _____
                                               SARAH L. CAVE
                                               **United States Magistrate Judge**