UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

                Plaintiff,

-v-

CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,

                Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, June 26, 2025, Plaintiff is directed to file the Amended Complaint by **Friday, July 18, 2025**. Defendants shall submit a status letter by **Friday, July 25, 2025** informing the Court whether they plan to answer or move to dismiss the Amended Complaint.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Willis.

Dated:      New York, New York
              June 26, 2025

_____
SARAH L. CAVE
**United States Magistrate Judge**