UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

                        Plaintiff,

  -v-

CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,

                        Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 26, 2025, after a telephonic status conference, the Court directed Plaintiff to file an amended complaint by July 18, 2025 and Defendants to submit a status letter by July 25, 2025 on whether they intend to answer or move to dismiss the amended pleading. (ECF No. 115). On July 15, 2025, Plaintiff filed the Second Amended Complaint. (ECF No. 117 (the "SAC")). On July 18, 2025, Plaintiff submitted a letter requesting that the Court direct the United States Marshals Service to serve the summons and SAC on Defendants. (ECF No. 118). That same day, Plaintiff filed two letters including "supplemental material" for the Court to review in connection with the SAC. (ECF Nos. 119; 120). On July 21, 2025, Plaintiff filed a letter repeating his request for the Court to issue an order directing the United States Marshals Service to serve the summons and SAC on Defendants. (ECF No. 121).

The Court orders as follows:

1. To facilitate a clear record, Plaintiff shall re-file the SAC as a single document—i.e., he shall combine ECF Nos. 117, 119, and 120—by **Wednesday, July 30, 2025.**

2. Defendants shall file letter by **Friday August 1, 2025** advising the Court as to whether they will accept service of the SAC and whether they intend to answer or move to dismiss the SAC.[1]

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Willis.

Dated:     New York, New York
           July 22, 2025

*[signature]*
SARAH L. CAVE
United States Magistrate Judge

---

[1] The July 25, 2025 deadline for Defendants to submit a letter advising the Court on whether they intend to move to dismiss or answer the SAC is adjourned to August 1, 2025. (ECF No. 115).