UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY WILLIS,<br><br>                    Plaintiff,<br><br>   -v-<br><br>CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,<br><br>                    Defendants. | CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter at ECF No. 124. Plaintiff is reminded of the Court's July 22, 2025 Order (ECF No. 123) where the Court ordered Plaintiff to re-file the Second Amended Complaint ("SAC") as a single document by July 30, 2025. To the extent Plaintiff wishes the Court to consider the documents at ECF No. 124 as a part of his SAC, he is directed to include them within the consolidated SAC, which is due on **Wednesday July 30, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Willis.

Dated:     New York, New York
           July 24, 2025

_____
SARAH L. CAVE
United States Magistrate Judge