UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

                Plaintiff,

  -v-

CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,

                Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter at ECF No. 127 "provid[ing] supplemental evidence directly relevant to Plaintiff's retaliation claims and the broader question of agency liability" under seal. To the extent Plaintiff has information to support his claims, the Court will hold a conference with the parties after Defendants respond to the Second Amended Complaint, at which time the Court will set a schedule for any remaining fact discovery. Plaintiff may produce information to Defendants at any time, but it is not necessary that he file any information he deems "sensitive in nature" with the Court at this time.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Willis.

Dated:      New York, New York
              July 30, 2025

                                                      SARAH L. CAVE
                                                      United States Magistrate Judge