UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY WILLIS,

                Plaintiff,

  -v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held today, September 11, 2025, the Court EXTENDS the deadline for Defendants to respond to the Second Amended Complaint to **Friday, October 31, 2025**.

Dated:    New York, New York
           September 11, 2025

_____
SARAH L. CAVE
**United States Magistrate Judge**