

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MADELEINE A. KNUTSON**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2445<br>Email: mknutson@law.nyc.gov<br>*Email not for service* |

<u>VIA ECF</u>                                                                                                            November 3, 2025

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Defendants' request at Dkt. No. 147 is GRANTED. The telephonic conference on November 5, 2025 is RESCHEDULED to **Monday, November 17, 2025 at 11:00 a.m. ET.** The parties are directed to call 855-244-8681; access code: 2308 226 4654 at the scheduled time.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 147.
>
> SO ORDERED   11/4/25   /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re:   Willis v. City of New York et al.,
       24-cv-00735-JGLC-SLC

Dear Magistrate Judge Cave:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants City of New York, Kevin Perdomo, Monique Murray, Patricia Britton, and Cassandra White (together, "City Defendants"), in the above-referenced action.

      I write to respectfully request a brief adjournment of the telephonic conference on the status of the parties' settlement negotiations scheduled for Wednesday, November 5. Due to a medical issue, I have been out of the office since Friday, October 24, which has delayed my ability to send a draft settlement agreement to the parties. Barring any setbacks, the undersigned expects to send a draft settlement agreement to the parties this week. A brief adjournment of one to two weeks would allow the parties the necessary time to review and discuss the settlement agreement. I contacted counsel for the parties today concerning a potential adjournment and counsel for Denise Turner consents to this request. I have not yet received a response from Plaintiff's pro bono counsel for the limited purpose of settlement.

      I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Madeleine A. Knutson*

Madeleine A. Knutson, Esq.
Assistant Corporation Counsel

cc: All parties (by ECF)