UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY WILLIS,<br><br>                      Plaintiff,<br><br>  -v-<br><br>CITY OF NEW YORK, KEVIN PERDOMO, and DENISE TURNER,<br><br>                      Defendants. | CIVIL ACTION NO. 24 Civ. 735 (JGLC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held today, November 17, 2025, the parties are ORDERED to file a stipulation of dismissal by **Monday, December 1, 2025**.

Dated:    New York, New York
            November 17, 2025

_____
SARAH L. CAVE
United States Magistrate Judge