

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MADELEINE A. KNUTSON**
*Assistant Corporation Counsel*
Phone: (212) 356-2445
Email: mknutson@law.nyc.gov
*Email not for service*

<u>**VIA ECF**</u>

November 26, 2025

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    <u>Willis v. City of New York et al.,</u>
> 24-cv-00735-JGLC-SLC

Dear Magistrate Judge Cave:

---

> Defendants' request at Dkt. No. 151 is GRANTED and the deadline to file a stipulation of dismissal is EXTENDED to **Monday, December 8, 2025.**
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 151.
>
> SO ORDERED    12/1/25
>
> SARAH L. CAVE
> United States Magistrate Judge

---

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants City of New York, Kevin Perdomo, Monique Murray, Patricia Britton, and Cassandra White (together, "City Defendants"), in the above-referenced action.

I write to respectfully request a brief extension of time for the parties to file a stipulation of dismissal, from December 1, 2025, to December 8, 2025. The requested extension is necessary because recent developments, namely, a decision in Plaintiff's union grievance, which City Defendants received on Monday, November 24, 2025, and the discovery that Plaintiff has an outstanding balance with the Department of Finance, for which he is currently on a payment plan, both necessitate revisiting certain language in the settlement agreement. Counsel for Denise Turner consents to this request. Despite the recent nature of these developments, Plaintiff does not consent, and stated that he "feels that the City has taken an unreasonably long time to revise the settlement agreement."

This is City Defendants' first request to extend the deadline for the parties to file a stipulation of dismissal. I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Madeleine A. Knutson*

Madeleine A. Knutson, Esq.
Assistant Corporation Counsel

cc: All parties (by ECF)